AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Velocity Worldwide Americas Inc., | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:15-cv-08828–CM |
| Velocity Worldwide UK, LTD et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Velocity Worldwide LTD
16 Mount Charles,
Belfast, Co Antrim,
BT7 1NZ, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street
Suite 11R
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2015

/s/ M. Oh

*Signature of Clerk or Deputy Clerk*